UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC**

**VERSUS**

**UNITED STATES OF AMERICA**

**CIVIL ACTION NO: 2:23-cv-02439-WBV-JVM**

**JUDGE: WENDY B. VITTER**

**MAGISTRATE JUDGE: JANIS van MEERVELD**

## JOINT STIPULATION

This Joint Stipulation is entered into among plaintiff, Marquette Transportation Company Gulf-Inland, LLC ("Marquette"), defendant/ third-party plaintiff, the United States of America ("United States"), and third-party defendants, Coastal Protection and Restoration Authority of Louisiana and Coastal Protection and Restoration Board of Louisiana ("CPRA"), Southeast Louisiana Flood Protection Authority – East ("SLFPA-E"), and Turn Services, LLC ("Turn Services"). Plaintiff, together with defendant and third-party defendants, the "Parties" and individually, a "Party."

## I. RECITALS

The State Court Action

1. On June 12, 2023, Marquette commenced an action against CPRA and Turn Services by filing a Petition for Damages in the Civil District Court for Orleans Parish, State of Louisiana, No. 2023-00366, Div. F, Section 14 (the "State Court Action"). The State Court Action concerns an alleged allision among Marquette's towing vessel GOOD SHEPPERD and its tow of eight barges and a set of piles in the vicinity of Mile Board 16 on the Gulf Intracoastal Waterway as more fully alleged in Marquette's aforementioned Petition for Damages.

2. On March 29, 2023, Turn Services filed a Peremptory Exception of No Cause of Action in response to Marquette's Petition for Damages in the State Court Action.

3. On April 13, 2023, CPRA filed Answer and Defenses to Marquette's Petition for Damages in the State Court Action.

4. On May 26, 2023, the presiding judge overruled Turn Services' Peremptory Exception of No Cause of Action in the State Court Action.

5. On June 9, 2023, Turn Services filed its Answer and Affirmative Defenses to Marquette's Petition for Damages in the State Court Action.

The Federal Court Action

6. On July 10, 2023, Marquette commenced an action against the United States by filing a Complaint in the United States District Court for the Eastern District of Louisiana, Civil Action No. 23-2439, Section D (1) (the "Federal Court Action"). The Federal Court Action concerns the same allision involved in the State Court Action.

7. On October 10, 2023, the United States filed an Answer and Affirmative Defenses to Marquette's Complaint in the Federal Court Action.

8. On January 18, 2024, the United States filed a Third Party Complaint and Rule 14(c) Tender against the State of Louisiana, by and through the Coastal Protection and Restoration Authority of Louisiana, the Coastal Protection and Restoration Authority Board of Louisiana, and the Southeast Flood Protection Authority – East in the Federal Court Action.

9. On January 18, 2024, the United States also filed a Third Party Complaint and Rule 14(c) Tender against Turn Services, LLC in the Federal Action.

10. Third Party Defendants, CPRA, SLFPA-E and Turn Services answered the United States Third Party Complaints in the Federal Action, with CPRA and SLFPA-E affirmatively

2

raising 11th Amendment sovereign immunity as a defense to Marquette's Complaint and this Honorable Court's subject matter jurisdiction.

11. On April 10, 2024, this Honorable Court held a Status Conference with all counsel of record during which the Court and the parties discussed the desirability of streamlining discovery and litigation of the case, in the interest of judicial economy, by litigating all the issues among the parties in this Honorable Court.

To that end, the parties hereby agree and stipulate as follows:

## II. <u>TERMS</u>

A. The State of Louisiana, by and through CPRA and SLFPA-E, hereby withdraws its affirmative defenses alleging 11th Amendment sovereign immunity in connection with the Federal Court Action and hereby submits to the jurisdiction of this Honorable Court.

B. The State's waiver of sovereign immunity in this case is not to be interpreted or construed as extending, or applicable, to other cases, and the State hereby specifically reserves the right to assert 11th Amendment sovereign immunity in connection with other cases, including cases pending in this Honorable Court.

C. The State specifically reserves its alleged immunity and rights, if any, under Louisiana's anti-seizure provisions as set forth in *LA. CONST. art. XII, §10(C)* and *La. Rev. Stat. §13:5109(B)(2)*. By agreeing to this Joint Stipulation, the Parties express no agreement regarding the scope of the State's alleged immunity and rights, if any, under *LA. CONST. art. XII, §10(C)* and/or *La. Rev. Stat. §13:5109(B)(2)*.

D. In exchange for the State's waiver of 11th Amendment sovereign immunity in this case, Marquette agrees to file, within five business days after the entry of this Joint Stipulation, a Consent Motion to Stay the State Court Action, in the form that has been approved by the Parties.

E. Adjudication of the issues among the parties by this Honorable Court will have the effect of issue and claim preclusion, and *res judicata* on the State Court Action.

IT IS SO STIPULATED.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Arthur R. Kraatz*
      Evans Martin McLeod (Bar #24846)
      Jeremy T. Grabill (Bar #34924)
      Arthur R. Kraatz (Bar #35194)
      Harrison M. Martin (Bar #39271)
      Canal Place | 365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130
      Telephone: 504 566 1311
      Facsimile: 504 568 9130
      Email: marty.mcleod@phelps.com
      Email: jeremy.grabill@phelps.com
      Email: arthur.kraatz@phelps.com
      Email: harrison.martin@phelps.com
**ATTORNEYS FOR PLAINTIFF MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JAMES R. WHITMAN (D.C. Bar No. 987694)
Trial Attorney

    */s/ Guyer S. Bogen*
_____
GUYER S. BOGEN (WA Bar No. 53452)
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC  20044-4271
Tel: (202) 742-6370
FAX: )202) 616-4314
Email: guyer.s.bogen@usdoj.gov
**ATTORNEYS FOR THE UNITED STATES OF AMERICA**

**LIZ MURRIL**
**ATTORNEY GENERAL**


    */s/ José R. Cot*
_____
JOSÉ R. COT (La. Bar No. 18852)
Special Assistant Attorney General
MORGAN E. KELLEY (La. Bar No. 38299)
**MCGLINCHEY STAFFORD PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Phone: 504-586-1200
FAX: 504- 596-2800
Email: jcot@mcglinchey.com
      mkelley@mcglinchey.com
**ATTORNEYS FOR THE COASTAL PROTECTION AND RESTORATION AUTHORITY OF LOUISIANA, AND THE COASTAL PROTECTION AND RESTORATION AUTHORITY BOARD OF LOUISIANA**

**DEGAN, BLANCHARD & NASH**

    */s/ Philip C. Brickman*
_____
PHILIP C. BRICKMAN (#25586)
RICHARD W. SCHWERDTFEGER (#37298)
400 Poydras St., Ste 2600
New Orleans, LA 70130
Ph: (504) 259-3333
Fax: (504) 529-3337
Email: pbrickman@degan.com
       rschwerdtfeger@degan.com
ATTORNEYS FOR **SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST**

**LIZ MURRILL**
**ATTORNEY GENERAL**

    */s/ Ryan M. Seidemann*
_____
RYAN M. SEIDEMANN, PH.D. (#28991)
MACHELLE R.L. HALL (#31498)
Louisiana Department of Justice
Civil Division
1885 North Third Street
Baton Rouge, LA 70802
Ph: (225) 326-6000
Fax: (225) 326-6099
E-mail: seidemannr@ag.louisiana.gov
       hallm@ag.louisiana.gov
**ATTORNEYS FOR SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST**

**FRILOT, L.L.C.**

*/s/ Gillis W.P. Klotz*
R. PATRICK RAY (La. Bar #33325)
GILLIS W.P. KLOTZ (La. Bar #38800)
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: 504-599-8085
Facsimile: 504-599-8267
Email: pray@frilot.com
       gklotz@frilot.com
**ATTORNEYS FOR TURN SERVICES, LLC**