UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC** | **CIVIL ACTION: 2:23-cv-02439-WBV-JVM** |
| **v.** | **JUDGE: WENDY B. VITTER** |
| **UNITED STATES OF AMERICA** | **MAGISTRATE JUDGE: JANIS VAN MEERVELD** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Third-Party Defendants, the Coastal Protection and Restoration Authority of Louisiana and the Coastal Protection Restoration Authority Board of Louisiana (hereinafter collectively, the "CPRA"), who move this Honorable Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing the negligence claims and contribution, indemnity, and/or Rule 14(c) claims based on negligence against the CPRA as it cannot be established that the CPRA owed any duty to Plaintiff, Marquette Transportation Gulf Inland, LLC, with respect to the tripping dolphins at issue in this matter. For this reason, as explained more thoroughly in the accompanying memorandum in support of this motion, the CPRA prays that its Motion for Summary Judgment be granted and the claims against it be dismissed.

Respectfully submitted,

*/s/ Kevin M. Frey*
JOSE R. COT (#18852)
KEVIN M. FREY (#35133)
MORGAN E. KELLEY (#38299)
McGlinchey Stafford PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

*Counsel for Coastal Protection and Restoration Authority of Louisiana and the Coastal Protection and Restoration Authority Board of Louisiana*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2025, a copy of the foregoing pleading was electronically filed with the Clerk of Court using the CM/EFC system pursuant to the rules and procedures of the United States District Court for the Eastern District of Louisiana and served in accordance therewith upon all known counsel via electronic mail.

*/s/ Kevin M. Frey*
KEVIN M. FREY